A   275
46  542.

JAMES H. ROMAINE and others, complainants,

and

SAMUEL W. HENDRICKSON and others, defendants.

PER CURIAM.

This decree unanimously affirmed, for the reasons given in the opinion of the vice-chancellor, reported in 12 *C. E. Gr.* 162.

---

GEORGE HUYLER and H. HUYLER, complainants,

and

DANIEL T. ATWOOD and others, defendants.

PER CURIAM.

Decree unanimously affirmed, for reasons stated in opinion of vice-chancellor, reported in 11 *C. E. Gr.* 504.